UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| PAUL N. KILGORE, III, | ) |
| *Plaintiff*, | ) |
| | ) No. 1:13-CV-221 |
| v. | ) Judge Curtis L. Collier |
| | ) Magistrate Judge Christopher H. Steger |
| HYUNG CHAN KIM, SEAN KIM, and MIRAE, LLC, | ) |
| *Defendants*. | ) |

## O R D E R

On February 8, 2016, United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") (Doc. 94) on Plaintiff's motions for attorney fees and costs under the fee provision of the Fair Labor Standards Act, 29 U.S.C. § 216(b) (Doc. 80). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with Judge Steger's recommendations. Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 94). Plaintiff's motion for attorney fees (Doc. 80) is **GRANTED IN PART**. Plaintiff is awarded $100,000.00 in attorney fees and $1,812.10 in costs.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
   CLERK OF COURT